IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DESMOND DAVIS**  **PLAINTIFFS**
**ASHLEY MUNNERLYN DAVIS**

v.  CASE NO. 4:21-CV-00616-BSM

**SHARESE HANDIE,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiffs' motion to proceed *in forma pauperis* [Doc. No. 1] is granted, but this case is dismissed *sua sponte* without prejudice.

After a state dependency neglect investigation, Arkansas terminated Plaintiffs' parental rights. Doc. 2 at 39. Plaintiffs allege that the termination of their parental rights was part of a conspiracy involving treason, judicial kickbacks, bribery, and racketeering. Doc. No. 2 at 26–30. Plaintiffs want defendants arrested and would like their children returned to them. They also seek damages. *Id*. at 214–20.

Demond Davis has already attempted a version of this claim against most of the same defendants, and Judge Marshall dismissed it without prejudice. *Davis v. Handie*, No. 4:20CV01432-DPM (Doc. 3); aff'd, No. 21-1100 (Doc. 9) (8th Cir. 2021). Davis cannot seek redress in federal court for issues related to custody. *Id*. at 2 (citing *Kahn v. Kahn*, 21 F.3d 859, 861 (8th Cir. 1994)). Plaintiffs' renewed attempts to set aside the state court custody determinations fail as a matter of law for the same reason. Further, plaintiffs have no authority to bring criminal charges. *Kunzer v. Magill*, 667 F. Supp. 2d 1058, 1061 (D. Minn. 2009).

Plaintiffs have failed to state a claim for either § 1985 or § 1986 relief because that requires actual knowledge of a civil rights conspiracy, which has not been pleaded. *See*

*Liscomb v. Boyce*, 954 F.3d 1151, 1155-56 (8th Cir. 2020). Further, defendants are immune from suit for a number of reasons: judges cannot be sued for their decisions made in their judicial roles, *Robinson v. Freeze*, 15 F.3d 107, 108 (8th Cir. 1994); public defenders similarly cannot be sued for their actions as public defenders, *Polk County v. Dodson*, 454 U.S. 312, 321 (1981); and a suit against the individual employees is really a suit against their employer, which are not entities that can be sued under § 1983, *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992).

IT IS SO ORDERED this 5th day of August, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE