IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DESMOND DAVIS**  **PLAINTIFFS**
**ASHLEY MUNNERLYN DAVIS**

v.   CASE NO. 4:21-CV-00616-BSM

**SHARESE HANDIE,** *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE